UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | ED CV 15-1859-VAP (DFM) | Date: | October 8, 2019 |
|---|---|---|---|
| Title | Joshua Snyder v. County of Riverside et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Extension of Time (Dkt. 143)

    On July 9, 2019, Defendants filed an Application to Strike and Motion to Dismiss the Third Amended Complaint. See Dkts. 134-35. On August 22, the Court granted Plaintiff's request for an extension and gave him until September 18 to file his opposition. See Dkt. 139. On September 30, Plaintiff asked for a sixty-one (61) day extension of time or, in the alternative, that the Court stay the case until April 2020. See Dkt. 143. Plaintiff explains that he was transferred on August 19 and has not yet received all his belongings, including materials relevant to his opposition. See id.

    Plaintiff's request is GRANTED. Plaintiff is ORDERED to file his opposition within sixty (60) days of the date this order is served on him. If Plaintiff believes he will be unable to meet the new deadline due to delays in receiving his property, he should inform the Court as soon as possible. Failure to do so will result in the Court recommending this case be dismissed for failure to prosecute. Consequently, Defendants' Application for Ruling on Unopposed Motion (Dkt. 140) is DENIED as moot.