# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA SNYDER, | No. ED CV 15-01859-VAP (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| RIVERSIDE COUNTY et al., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: February 24, 2020

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge