# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY et al.,<br><br>    Defendants. | No. ED CV 15-01859-VAP (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. The Court engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is granted and that judgment be entered dismissing this action with prejudice.

Date:  October 1, 2020

VIRGINIA A. PHILLIPS
United States District Judge