JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA SNYDER,<br><br>Plaintiff,<br><br>v.<br><br>RIVERSIDE COUNTY et al.,<br><br>Defendants. | No. ED CV 15-01859-VAP (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

Date: October 1, 2020

VIRGINIA A. PHILLIPS
United States District Judge